IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOSH HAYNES**                                                                                               **PLAINTIFF**
**ADC #139661**

V.                                        Case No. 4:15-cv-00196 KGB

**WHITE COUNTY DETENTION CENTER**                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ADJUDGED this 24th day of November, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE